1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MITCHELL J. KLEMASKE,

11              Plaintiff,                    No. CIV S-04-1750 LKK JFM P[1]

12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,

15              Defendants.

16   _____/

17   ROBERT HECKER, et al.,

18              Plaintiffs,                   No. CIV S-05-2441 LKK JFM P[2]

19        vs.

20   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
21   REHABILITATION, et al.,

22              Defendants.          ORDER SETTING STATUS CONFERENCE

23   _____/

24   _____

25        [1] Henceforth the parties shall use the complete case number as set forth in this order to
     identify this action.

26        [2] See Footnote 1, supra.

1

1    Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule

2  16-240, IT IS HEREBY ORDERED that:

3    1.  A Status (Pretrial scheduling) Conference is set in each of the above-captioned

4  cases for June 1, 2006, at 11:00 a.m.  in Courtroom # 25 before the undersigned.

5    2.  The parties are not required to submit to the court or serve upon the parties a

6  status report, but counsel shall attend the Status Conference prepared to briefly set out their

7  views on the following matters:

8    a.  Service of process;

9    b.  Possible joinder of additional parties;

10    c.  Any expected or desired amendment of the pleadings;

11    d.  Jurisdiction and venue;

12    e.  Anticipated motions and the scheduling thereof;

13    f.  Anticipated discovery and the scheduling thereof;

14    g.  Future proceedings, including setting appropriate cutoff dates for discovery

15  and law and motion and the scheduling of a pretrial conference and trial;

16    h.  Modification of standard pretrial procedures specified by the rules due to the

17  relative simplicity or complexity of the action or proceedings;

18    i.  Whether these matters are to be tried before this court or the district court.

19  See 28 U.S.C. § 636(c).

20    j.  Whether the counsel will stipulate to the trial judge acting as settlement

21  judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have

22  a Settlement Conference before another judge;

23    k.  Any other matters that may add to the just and expeditious disposition of this

24  matter.

25  /////

26  /////

1        3.  Counsel are reminded of their continuing duty to notify chambers immediately

2   of any settlement or other disposition (see Local Rule 16-160).

3   DATED: May 4, 2006.

4

5                                              UNITED STATES MAGISTRATE JUDGE

6

7   12
    heck2441.sc
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3