IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MITCHELL J. KLEMASKE,

    Plaintiff,                        No. CIV S-04-1750 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.
_____/

ROBERT HECKER, et al.,

    Plaintiffs,                      No. CIV S-05-2441 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.             <u>ORDER</u>
_____/

        Pursuant to court order the above-captioned actions came on for status conference on June 1, 2006. Claudia Center, Esq. appeared as counsel for plaintiffs in Case No. CIV S-04-1750 LKK JFM P. Claudia Center, Esq. and Michael Bien, Esq., appeared as counsel for

1

1 | plaintiff in Case No. CIV S-05-2441 LKK JFM P.  Jay Craig Russell, Deputy Attorney General,

2 | and Kurt Franklin, Esq., appeared as counsel for defendants in both cases.  After hearing, and

3 | good cause appearing, IT IS HEREBY ORDERED that:

4 |     1. Any motion to amend the complaint shall be filed and noticed for hearing so

5 | that it will be heard not later than September 14, 2006.  The notice requirements and briefing

6 | schedule set forth in Local Rule 78-230 shall apply to any such motion. which shall be set for

7 | hearing on this court's regular law and motion calendar.

8 |     2. This matter is set for further status conference on September 14, 2006 at 11:00

9 | a.m. in Courtroom # 25.

10 | DATED: June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
heck2441.oah

2