HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
KURT A. FRANKLIN - 172715
PAUL B. MELLO - 179755
DOROTHY S. LIU - 196369
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
jschaefer@hansonbridgett.com

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5717
Facsimile: (415) 703-5843
jay.russell@doj.ca.gov
Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SCHWARZENEGGER, HICKMAN, WOODFORD, and DOVEY

CLAUDIA CENTER - 158255
LEWIS BOSSING - 227492
THE LEGAL AID SOCIETY --
EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
CCenter@las-elc.org

MICHAEL W. BIEN -- 96891
THOMAS B. NOLAN -- 169692
MEGHAN LANG -- 221156
ROSEN BIEN & ASARO, LLP
155 Montgomery St., 8th Fl.
San Francisco, CA 94014
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
rba@rbalaw.com

Attorneys for Plaintiffs ROBERT HECKER and CHRISTOPHER LEE JENKINS PETER TAYLOR, YING WATT, JOHN MUELLER, DAVID HUNLEY, JOSEPH COX, EDDIE THOMAS, MICHAEL LOVELACE, SAMUEL D'ANGELO, JR., and JON SCHOOLEY

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HECKER and CHRISTOPHER LEE JENKINS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants.   / | No. 2:05-CV-02441 LKK<br><br>JOINT STIPULATION AND ORDER<br><br>Date: September 14, 2006<br>Time: 11:00 a.m.<br>Courtroom: 25<br>Judge: Hon John F. Moulds |

1

Defendants California Department of Corrections and Rehabilitation (CDCR), Arnold Schwarzenegger, Roderick Q. Hickman, Jeanne S. Woodford, and John Dovey ("Defendants") and Plaintiffs Robert Hecker, Christopher Lee Jenkins, Peter Taylor, Ying Watt, John Mueller, David Hunley, Joseph Cox, Eddie Thomas, Michael Lovelace, Samuel D'Angelo, Jr., and Jon Schooley (hereinafter "Plaintiffs"),

HEREBY STIPULATE THAT:

(1) The Court take off calendar the status conference currently set for Thursday, September, 14, 2006.

(2) Plaintiffs shall file their revised Second Amended Class Action Complaint for Declaratory and Injunctive Relief by Friday, October 20, 2006.

(3) Defendants CDCR, Arnold Schwarzenegger, Jeanne S. Woodford, and John Dovey shall file their responsive pleading to Plaintiff's revised Second Amended Complaint within 30 days of Plaintiff's filing the revised Second Amended Complaint.

(4) By Friday, September 29, 2006, the parties shall meet and confer, and attempt to agree upon a scheduling order for this case. The proposed joint scheduling should be filed by September 29, 2006, and should address:

(a) a deadline for leave to add new parties or pleading amendments;

(b) a deadline to complete non-expert discovery related to class certification;

(c) a deadline to complete non-expert discovery post-certification;

(d) a deadline to designate experts;

(e) a deadline to designate rebuttal experts;

(f) a deadline to complete expert discovery;

(g) a deadline to file dispositive motions;

(h) a deadline to participate in court-assisted alternative dispute resolution;

(i) a deadline for plaintiffs to file their motion for class certification;

(j) a proposed trial date if the Court denies class certification;

1     (k) a proposed trial date if the Court approves class certification; and

2     (l) a proposed date for another status conference.

3 DATED: September 12, 2006            THE LEGAL AID SOCIETY

                                               By: /s/
                                               CLAUDIA CENTER
                                               Attorneys for Plaintiffs

DATED: September 12, 2006            HANSON BRIDGETT MARCUS
                                               VLAHOS & RUDY, LLP

                                               By: /s/
                                               KURT A. FRANKLIN
                                               Attorneys for Defendants CALIFORNIA
                                               DEPARTMENT OF CORRECTIONS
                                               AND REHABILITATION,
                                               SCHWARZENEGGER, HICKMAN,
                                               WOODFORD, and DOVEY

APPROVED AND SO ORDERED:

DATED: September 13, 2006.

                                               /S/ John F. Moulds
                                               U. S. Magistrate Judge

heckerstip.doc