IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HECKER, et al.,

    Plaintiffs,   No. CIV S-05-2441 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.   ORDER
_____/

After review of the record herein, and good cause appearing, IT IS HEREBY ORDERED that hearing on defendants' motion to dismiss and to strike allegations is reset to February 8, 2007 at 11:00 a.m. in Courtroom # 26.

DATED: January 9, 2007.

UNITED STATES MAGISTRATE JUDGE

12
heck2441.mtdhrg

1