IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HECKER, et al.,

        Plaintiffs,                No. CIV S-05-2441 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.            ORDER

_____/

        On February 22, 2007, plaintiffs filed a notice of motion and motion to compel a definite deposition schedule; to compel production of documents; and for a protective order. Said motion was noticed for hearing on this court's regular law and motion calendar for March 15, 2007. Pursuant to Local Rule 37-251, either a joint statement regarding the discovery dispute pursuant to Local Rule 37-251(c) or an affidavit pursuant to Local Rule 37-251(d) was due on or before March 12, 2007. The time for filing either a joint statement or an affidavit has expired and neither has been filed.

/////

/////

/////

1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that plaintiff's
2 February 22, 2007 motion is denied without prejudice.  <u>See</u> Local Rule 37-251(a).
3 DATED:  March 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
heck2441.mtc