IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT HECKER, on behalf of himself and others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 05-CV-02441 LKK JFM<br><br>**ORDER ON DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM STAY** |

On December 24, 2007, defendants filed a motion for an extension of time to file an opposition to Plaintiffs' "Motion for Relief from Stay." By the motion defendants sought an extension of time, up to and including January 21, 2008, to file their opposition. However, on January 7, 2008, defendants timely filed an opposition to the motion. Accordingly, defendants' motion for an extension of time is moot and is therefore denied.

IT IS SO ORDERED.

Dated: January 9, 2008.

UNITED STATES MAGISTRATE JUDGE

/heck2441.ext