IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HECKER, et al.,

      Plaintiffs,                No. 2:05-cv-2441 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.           ORDER

                              /

         Plaintiffs are state prisoners proceeding through counsel with a proposed class action raising claims under the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, and California Government Code § 11135.  This action is proceeding on plaintiffs' second amended complaint, filed October 20, 2006.  It was stayed by order filed March 15, 2007. On June 29, 2012, inmate Christopher Jenkins filed, in propria persona, a motion to be dismissed as a named plaintiff in this action and to proceed pro se.  The plaintiffs in this action are represented by counsel and all motions for court action must be filed by counsel for plaintiffs. For that reason, inmate Jenkins' motion will be denied without prejudice.

         In accordance with the above, IT IS HEREBY ORDERED that:

/////

1. Inmate Jenkins' June 28, 2012 motion (Docket No. 93) is denied without prejudice; and

2. The Clerk of the Court is directed to serve a copy of this order on inmate Jenkins at the address on said motion.

DATED: October 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
heck2441.jm