| | |
|---|---|
| Claudia Center – 158255<br>LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848<br>Facsimile:    (415) 864-8199<br>Email:          ccenter@las-elc.org<br><br>Michael W. Bien – 096891<br>Ernest Galvan – 196065<br>Blake Thompson – 255600<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                     egalvan@rbgg.com<br>                     bthompson@rbgg.com<br><br>Attorneys for Plaintiffs | Kamala D. Harris<br>Attorney General of California<br>Jay C. Russell<br>Supervising Deputy Attorney General<br>Debbie Vorous – 166884<br>OFFICE OF THE ATTORNEY<br>GENERAL<br>1300 I St Ste 125<br>PO Box 944255<br>Sacramento, CA 94244<br>Telephone:   (916) 324-5345<br>Facsimile:    (916) 324-5205<br>Email:          debbie.vorous@doj.ca.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:05-CV-02441 LKK JFM<br><br>Joint Stipulation and Order Extending Deadline(s)<br><br>Judge:   Hon. Lawrence K. Karlton, Magistrate Judge John F. Moulds<br><br>Trial Date:       Not Set |

WHEREAS, this action is proceeding on Plaintiffs' second amended complaint, filed October 20, 2006;

WHEREAS, the action was stayed by order filed March 15, 2007;

WHEREAS, Plaintiffs filed a motion to lift the stay on September 19, 2012;

1  WHEREAS, on October 19, 2012, the Court denied Plaintiffs' motion without
2  prejudice to its renewal, as appropriate, not later than March 1, 2013, and the parties were
3  directed to meet and confer on four topics related to the resolution of issues disputed in this
4  
5  matter within the *Coleman v. Brown*, Case No. 90-cv-520-LKK-JFM (E.D. Cal.)
6  ("*Coleman*") remedial process (ECF No. 102);
7  WHEREAS, on March 1, 2013, Plaintiffs filed a renewed motion to lift the stay;
8  WHEREAS, on April 12, 2013, the Court denied Plaintiffs' motion "without
9  prejudice to its renewal, as appropriate, not later than September 5, 2013" (ECF No. 107);
10  WHEREAS, also on April 12, 2013, the Court ordered the parties to continue to
11  meet and confer on the four topics, and to complete the meet and confer by August 16,
12  2013;
13  WHEREAS, also on April 12, 2013, the Court ordered that any renewed Plaintiffs'
14  motion to lift the stay be "accompanied by a joint report by the parties and approved by the
15  *Coleman* special master" addressing the four topics;
16  WHEREAS, the parties have met and conferred on the four topics within the
17  deadline set forth by the Court, and have memorialized their meet and confer within a Joint
18  Status Report that has been provided to the Special Master in *Coleman* for his review and
19  approval;
20  WHEREAS, Special Master Matthew Lopes alerted the parties that he has reviewed
21  and approved the report;
22  WHEREAS, the Approved Joint Status Report of the parties is attached hereto as
23  Exhibit A;
24  WHEREAS, as reviewed in the attached Joint Status Report, the parties are making
25  progress with the assistance of the *Coleman* Special Master on certain disputed issues in
26  this case;
27  WHEREAS, the parties wish to continue their efforts and to extend deadlines;
28

1   THEREFORE, the parties hereby stipulate to the extending of any deadline for
2   Plaintiffs to renew their motion to lift the stay until December 31, 2013.
3   IT IS SO STIPULATED.

5   Dated: September 4, 2013

7   LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

    /s/
9   Claudia Center

11  ROSEN BIEN GALVAN & GRUNFELD LLP

    /s/
13  Michael W. Bien
    Ernest Galvan
14  Blake Thompson

15  Attorneys for Plaintiffs

    OFFICE OF THE ATTORNEY GENERAL

    /s/
    Jay C. Russell
    Debbie Vorous

    Attorneys for Defendants

17  **ORDER**

18  IT IS SO ORDERED.

20  Dated: September 13, 2013

23  /heck05cv2441.stp

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE