| | |
|---|---|
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY<br> –EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848<br>Facsimile:    (415) 864-8199<br>Email:          ccenter@las-elc.org | Kamala D. Harris<br>Attorney General of California<br>Jay C. Russell<br>Supervising Deputy Attorney General<br>Debbie Vorous – 166884<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California  94244-2550<br>Telephone:   (916) 324-5345<br>Facsimile:    (916) 324-5205<br>Email:          debbie.vorous@doj.ca.gov |
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>BLAKE THOMPSON – 255600<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                    egalvan@rbgg.com<br>                    bthompson@rbgg.com | Attorneys for Defendants |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | Case No. 2:05-CV-02441 LKK DAD<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES**<br><br>Judge:   Hon. Lawrence K. Karlton<br>Magistrate Judge Dale A. Drozd<br>Trial Date:         Not Set |

[1045675-1]

1  WHEREAS, this action is proceeding on Plaintiffs' second amended complaint,
2  filed October 20, 2006;
3  WHEREAS, the action was stayed by order filed March 15, 2007;
4  WHEREAS, Plaintiffs filed a motion to lift the stay on September 19, 2012;
5  WHEREAS, on October 19, 2012, the Court denied Plaintiffs' motion without
6  prejudice to its renewal, as appropriate, not later than March 1, 2013, and the parties were
7  directed to meet and confer on four topics related to the resolution of issues disputed in this
8  matter within the *Coleman v. Brown*, Case No. 90-cv-520-LKK-JFM (E.D. Cal.)
9  ("Coleman") remedial process (ECF No. 102);
10  WHEREAS, on March 1, 2013, Plaintiffs filed a renewed motion to lift the stay;
11  WHEREAS, on April 12, 2013, the Court denied Plaintiffs' motion "without
12  prejudice to its renewal, as appropriate, not later than September 5, 2013" (ECF No. 107);
13  WHEREAS, also on April 12, 2013, the Court ordered the parties to continue to
14  meet and confer on the four topics, and to complete the meet and confer by August 16,
15  2013;
16  WHEREAS, also on April 12, 2013, the Court ordered that any renewed Plaintiffs'
17  motion to lift the stay be "accompanied by a joint report by the parties and approved by the
18  Coleman special master" addressing the four topics;
19  WHEREAS, the parties met and conferred on the four topics within the deadline set
20  forth by the Court, and memorialized their meet and confer in a Joint Status Report that
21  was approved and reviewed by Special Master Matthew Lopes and filed with the Court on
22  September 5, 2013;
23  WHEREAS, on September 13, 2013, per the parties' stipulation dated September 5,
24  2013, the Court ordered that the deadline for Plaintiffs' motion to lift the stay be extended
25  to December 31, 2013;
26  WHEREAS, the parties are making progress with the assistance of the *Coleman*
27  Special Master on certain disputed issues in this case;
28  WHEREAS, the parties wish to continue their efforts and to extend deadlines;

1  THEREFORE, the parties hereby stipulate to the extending of any deadline for
2  Plaintiffs to renew their motion to lift the stay until February 28, 2014.
3  IT IS SO STIPULATED.

4

5  Dated:  December 18, 2013              LEGAL AID SOCIETY –
                                          EMPLOYMENT LAW CENTER
6
                                          */s/ Claudia Center*
7
                                          Claudia Center
8

9  Dated:  December 18, 2013              ROSEN BIEN
                                          GALVAN & GRUNFELD LLP
10
                                          */s/ Michael W. Bien*
11
                                          Michael W. Bien
12                                        Ernest Galvan
                                          Blake Thompson
13
                                          Attorneys for Plaintiffs
14

15  Dated:  December 18, 2013             OFFICE OF THE ATTORNEY
                                          GENERAL
16
                                          */s/ Kenneth Roost*
17
                                          Kenneth Roost
18
                                          Attorneys for Defendants
19
                              **ORDER**
20

21
        IT IS SO ORDERED.
22

23  Dated: January 2, 2014

24                                        _____
                                          DALE A. DROZD
25  Dad1.civilrights                      UNITED STATES MAGISTRATE JUDGE
    Hecker2441.stp2.docx
26

27

28

[1045675-1]