CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY
 –EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:  (415) 864-8848
Facsimile:   (415) 864-8199
Email:        ccenter@las-elc.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        mbien@rbgg.com
                   egalvan@rbgg.com
                   bthompson@rbgg.com

Attorneys for Plaintiffs

Kamala D. Harris
Attorney General of California
Jay C. Russell
Supervising Deputy Attorney General
Debbie Vorous – 166884
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California  94244-2550
Telephone:  (916) 324-5345
Facsimile:   (916) 324-5205
Email:        debbie.vorous@doj.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | Case No. 2:05-CV-02441 LKK DAD<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES** |

[1110372-1]

1    WHEREAS, this action is proceeding on Plaintiffs' second amended complaint,
2 filed October 20, 2006;
3    WHEREAS, the action was stayed by order filed March 15, 2007;
4    WHEREAS, Plaintiffs filed a motion to lift the stay on September 19, 2012;
5    WHEREAS, on October 19, 2012, the Court denied Plaintiffs' motion without
6 prejudice to its renewal, as appropriate, not later than March 1, 2013, and the parties were
7 directed to meet and confer on four topics related to the resolution of issues disputed in this
8 matter within the *Coleman v. Brown*, Case No. 90-cv-520-LKK-JFM (E.D. Cal.)
9 ("Coleman") remedial process (ECF No. 102);
10    WHEREAS, on March 1, 2013, Plaintiffs filed a renewed motion to lift the stay;
11    WHEREAS, on April 12, 2013, the Court denied Plaintiffs' motion "without
12 prejudice to its renewal, as appropriate, not later than September 5, 2013" (ECF No. 107);
13    WHEREAS, also on April 12, 2013, the Court ordered the parties to continue to
14 meet and confer on the four topics, and to complete the meet and confer by August 16,
15 2013;
16    WHEREAS, also on April 12, 2013, the Court ordered that any renewed Plaintiffs'
17 motion to lift the stay be "accompanied by a joint report by the parties and approved by the
18 Coleman special master" addressing the four topics;
19    WHEREAS, the parties met and conferred on the four topics within the deadline set
20 forth by the Court, and memorialized their meet and confer in a Joint Status Report that
21 was approved and reviewed by Special Master Matthew Lopes and filed with the Court on
22 September 5, 2013;
23    WHEREAS, on September 13, 2013, per the parties' stipulation dated September 5,
24 2013, the Court ordered that the deadline for Plaintiffs' motion to lift the stay be extended
25 to December 31, 2013;
26    WHEREAS, on January 3, 2014, per the parties' stipulation dated December 19,
27 2013, the Court ordered that the deadline for Plaintiffs' motion to lift the stay be extended
28 to February 28, 2014;

WHEREAS, the parties are continuing to make progress with the assistance of the *Coleman* Special Master on certain disputed issues in this case;

WHEREAS, the parties wish to continue their efforts and to provide a short extension of the current deadline;

THEREFORE, the parties hereby stipulate to the extending of any deadline for Plaintiffs to renew their motion to lift the stay until March 14, 2014.

IT IS SO STIPULATED.

Dated: February 28, 2014   LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

*/s/*

Claudia Center

Dated: February 28, 2014   ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/*

Michael W. Bien
Ernest Galvan
Blake Thompson

Attorneys for Plaintiffs

Dated: February 28, 2014   OFFICE OF THE ATTORNEY GENERAL

*/s/*

Kenneth Roost

Attorneys for Defendants

**<u>ORDER</u>**

        IT IS SO ORDERED.

Dated:  March 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hecker2441.stp3