CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY
 – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: ccenter@las-elc.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
 egalvan@rbgg.com
 bthompson@rbgg.com

Attorneys for Plaintiffs

Kamala D. Harris
Attorney General of California
Jay C. Russell - 122626
Supervising Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
Telephone: (916) 324-5345
Facsimile: (916) 324-5205
Email: jay.russell@doj.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>      Defendants. | Case No. 2:05-CV-02441 LKK DAD<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES**<br><br>Judge: Hon. Lawrence K. Karlton<br><br>Trial Date:    Not Set |

[1173144-1]

WHEREAS, this action is proceeding on Plaintiffs' second amended complaint, filed October 20, 2006;

WHEREAS, the action was stayed by order filed March 15, 2007;

WHEREAS, Plaintiffs filed a motion to lift the stay on September 19, 2012;

WHEREAS, on October 19, 2012, the Court denied Plaintiffs' motion without prejudice to its renewal, as appropriate, not later than March 1, 2013, and the parties were directed to meet and confer on four topics related to the resolution of issues disputed in this matter within the *Coleman v. Brown*, Case No. 90-cv-520-LKK-JFM (E.D. Cal.) ("Coleman") remedial process (ECF No. 102);

WHEREAS, on March 1, 2013, Plaintiffs filed a renewed motion to lift the stay;

WHEREAS, on April 12, 2013, the Court denied Plaintiffs' motion "without prejudice to its renewal, as appropriate, not later than September 5, 2013" (ECF No. 107);

WHEREAS, also on April 12, 2013, the Court ordered the parties to continue to meet and confer on the four topics, and to complete the meet and confer by August 16, 2013;

WHEREAS, also on April 12, 2013, the Court ordered that any renewed Plaintiffs' motion to lift the stay be "accompanied by a joint report by the parties and approved by the Coleman special master" addressing the four topics;

WHEREAS, the parties met and conferred on the four topics within the deadline set forth by the Court, and memorialized their meet and confer in a Joint Status Report that was approved and reviewed by Special Master Matthew Lopes and filed with the Court on September 5, 2013;

WHEREAS, on September 13, 2013, per the parties' stipulation dated September 5, 2013, the Court ordered that the deadline for Plaintiffs' motion to lift the stay be extended to December 31, 2013;

WHEREAS, while the parties have negotiated regarding a resolution of the case, that deadline was extended by the Court to February 28, 2014 and then to May 2, 2014;

1  WHEREAS, the parties are continuing to make progress with the assistance of the
2 *Coleman* Special Master on certain disputed issues in this case;
3  WHEREAS, the parties wish to continue their efforts and to provide a short
4 extension of the current deadline;
5  THEREFORE, the parties hereby stipulate to the extending of any deadline for
6 Plaintiffs to renew their motion to lift the stay until June 6, 2014.
7  IT IS SO STIPULATED.

Dated:  May 1, 2014

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Michael Bien*
Michael W. Bien
Ernest Galvan
Blake Thompson

Attorneys for Plaintiffs

Dated:  May 1, 2014

OFFICE OF THE ATTORNEY GENERAL

*/s/ Jay Russell*
Jay Russell

Attorneys for Defendants

[1173144-1]

2
JOINT STIPULATION AND ORDER EXTENDING DEADLINES

1 **ORDER**

3 **IT IS SO ORDERED.**

5 Dated: May 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 /heck2441.stp5