| | |
|---|---|
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848<br>Facsimile: (415) 864-8199<br>Email: ccenter@las-elc.org | Kamala D. Harris<br>Attorney General of California<br>Jay C. Russell - 122626<br>Supervising Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>455 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 703-5717<br>Facsimile: (415) 703-5843<br>Email: jay.russell@doj.ca.gov |
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>BLAKE THOMPSON – 255600<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>         egalvan@rbgg.com<br>         bthompson@rbgg.com | Attorneys for Defendants |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br>   Plaintiffs,<br>   v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>   Defendants. | Case No. 2:05-CV-02441 LKK DAD<br>**JOINT STIPULATION AND ORDER SCHEDULING STATUS CONFERENCE**<br>Judge: Hon. Lawrence K. Karlton<br>Trial Date: Not Set |

[1203783-1]

Plaintiffs and Defendants, through their counsel, stipulate as follows:

1. This action is proceeding on Plaintiffs' second amended complaint, filed October 20, 2006. On March 15, 2007, the action was stayed by this Court. Plaintiffs' September 19, 2012 motion to lift the stay was denied October 19, 2012 without prejudice to its renewal, as appropriate, not later than March 1, 2013, and the parties were directed to meet and confer on matters related to the resolution of issues disputed in this case within the *Coleman v. Brown*, Case No. 90-cv-520-LKK-JFM (E.D. Cal.) remedial process (ECF No. 102).

2. Plaintiffs' renewed motion to lift the stay was denied on April 12, 2013 without prejudice to its renewal, as appropriate, not later than September 5, 2013. (ECF No. 107). The Court ordered the parties to continue to meet and confer, and complete their discussions by August 16, 2013. (*Id.*) The Court also ordered that any renewed motion to lift the stay be "accompanied by a joint report by the parties and approved by the Coleman special master." (*Id.*)

3. Since April 12, 2013, the parties have continued, with the assistance of the *Coleman* Special Master, to meet and confer concerning Plaintiffs' allegations. These negotiations were detailed in a Joint Status Report that was approved and reviewed by Special Master Matthew Lopes and filed with the Court on September 5, 2013.

4. Since the filing of the September 5, 2013 Joint Status Report, the parties have continued to meet and confer under the *Coleman* Special Master's guidance. In the interim, the Court has ordered that the deadline for Plaintiffs' motion to lift the stay be extended to December 31, 2013, February 28, 2014, May 3, 2014, and June 6, 2014.

5. With the *Coleman* Special Master's assistance, the parties are continuing to make progress in reaching a resolution of the litigation. The parties request an additional few weeks to finally complete negotiations. To that end, rather than seeking a further extension of the deadline by which Plaintiffs are to file a motion to lift the stay, the parties request that the Court schedule a Status Conference, at which time the parties will either inform the Court that an agreement has been reached or that the *Hecker* litigation should

1  proceed.

2  THEREFORE, the parties stipulate that a Status Conference may be scheduled by
3  the Court for a date after June 24, 2014.

4  IT IS SO STIPULATED.

6  Dated: June 6, 2014                    ROSEN BIEN
                                          GALVAN & GRUNFELD LLP

8                                         */s/ Michael W. Bien*

10                                        Michael W. Bien
                                          Ernest Galvan
                                          Blake Thompson

                                          Attorneys for Plaintiffs

13 Dated: June 6, 2014                    OFFICE OF THE ATTORNEY
                                          GENERAL

16                                        */s/ Jay C. Russell*

                                          Jay C. Russell

                                          Attorneys for Defendants

[1203783-1]

**ORDER**

IT IS SO ORDERED.  A Status Conference shall be held in this matter on July 10, 2014 at 1:30 p.m. in Courtroom # 4.

DATED:  June 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT