CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
Email: ccenter@aclu.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
        egalvan@rbgg.com
        bthompson@rbgg.com

Attorneys for Plaintiffs

Kamala D. Harris
Attorney General of California
Jay C. Russell - 122626
Supervising Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Telephone: (415) 703-5717
Facsimile: (415) 703-5843
Email: jay.russell@doj.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 2:05-CV-02441 KJM DAD (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE PROPOSED ORDER ON JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Trial Date:    Not Set |

[1110372-1]

1  On August 7, 2014, this Court granted preliminary approval of a settlement in this
2  action. ECF No. 125. The Court also ordered that a Final Fairness Hearing shall be held
3  at 10:00 a.m. on Friday, December 5, 2014, to determine whether the settlement should be
4  granted final approval, further ordering that any briefing from the parties in advance of that
5  hearing be filed no later than November 21, 2014. *Id.* at 2-3.

6  The parties filed their Joint Motion for Final Approval of Settlement on November
7  21. Because the parties had not agreed on language for a proposed order to accompany
8  that motion, Plaintiffs and Defendants each submitted versions of proposed orders.

9  After further discussions, the parties have now mutually agreed on language for a
10 proposed order, a copy of which is attached to this Stipulation. Accordingly, the parties
11 seek leave to file this joint proposed order as part of the pending Joint Motion for Final
12 Approval of Settlement.

| | |
|---|---|
| Dated: November 24, 2014 | AMERICAN CIVIL LIBERTIES FOUNDATION – DISABILITY RIGHTS PROGRAM |
| | */s/ Claudia Center* |
| | Claudia Center |
| Dated: November 24, 2014 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | */s/ Blake Thompson* |
| | Michael W. Bien<br>Ernest Galvan<br>Blake Thompson |
| | Attorneys for Plaintiffs |
| Dated: November 24, 2014 | OFFICE OF THE ATTORNEY GENERAL |
| | */s/ Jay C. Russell* |
| | Jay C. Russell |
| | Attorneys for Defendants |

[1110372-1]

1
JOINT STIPULATION AND ORDER GRANTING LEAVE TO FILE PROPOSED ORDER

1 **ORDER**

Upon reading and considering the parties' stipulation, IT IS SO ORDERED. The parties are granted leave to file the Joint [Proposed] Order Granting Final Approval of Settlement submitted with this Stipulation and Order. It is deemed filed and shall accompany the parties Joint Motion for Final Approval of Settlement.

DATED: December 3, 2014.

_____
UNITED STATES DISTRICT JUDGE