UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HECKER, et al., | No. 2:05-cv-2441 KJM DAD P |
| Plaintiffs, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 12, 2015, a letter from Kenneth Doxie, an inmate and purported class member housed at California State Prison-Lancaster, was filed in this action. ECF No. 138. Electronic notice of the letter has been sent to all counsel. After review of the letter and good cause appearing, IT IS HEREBY ORDERED that:

1. Within five days from the date of this order counsel for defendants shall confirm that a copy of the proposed settlement agreement is available in any and all law libraries at California State Prison-Lancaster;

2. Mr. Doxie's letter is referred to counsel for such further response, if any, as counsel may deem appropriate; and

/////

/////

1

3. The Clerk of the Court is directed to serve a copy of this letter on Kenneth Lamont Doxie, #T55895, at California State Prison-Lancaster.

DATED: January 15, 2015.

_____
UNITED STATES DISTRICT JUDGE