CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
Email: ccenter@aclu.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
        egalvan@rbgg.com
        bthompson@rbgg.com

Attorneys for Plaintiffs

KAMALA D. HARRIS – 146672
Attorney General of California
JAY C. RUSSELL – 122626
Supervising Deputy Attorney General
MICHAEL J. QUINN – 209542
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5717
Facsimile: (415) 703-5843
E-mail: Jay.Russell@doj.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 2:05-CV-02441 KJM-DAD<br><br>**STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF CERTAIN INDIVIDUAL PLAINTIFFS**<br><br>Judge: Hon. Kimberly J. Mueller |

[1502231-1]

On December 22, 2014, the Court issued an Order requiring Plaintiffs to either request voluntary dismissal of certain named Plaintiffs who are no longer incarcerated in CDCR prisons, or show cause why said plaintiffs should not be dismissed from this action.

Through this stipulation, the parties hereby agree that the following named Plaintiffs in this action are no longer incarcerated in CDCR prisons and can be voluntarily dismissed prior to the certification of the class and final approval of the settlement in this action:

- Robert Hecker, K04250
- Christopher Lee Jenkins, P73828
- Ying Watt, P85632
- Daniel Hunley, E83298
- Michael Lovelace, C23362
- Samuel D'Angelo, Jr., V63170
- Jon Schooley, T99324
- Eddie Thomas, E87750
- Peter Taylor, T19666
- Joseph Cox, V07060

The following named Plaintiffs are currently in CDCR custody as of the date of this filing and thus should not be voluntarily dismissed:

- Askia Ashanti (a.k.a. Lorenzo Cunningham), D98935
- John Wesley Williams, V34099
- John Mueller, AP3963
- Brian Stafford, E97271
- Bobby Daniels, P26216
- Quinton Gray, AP1590
- Ronald Auld, V41213

[1502231-1]

1

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF CERTAIN INDIVDUAL PLAINTIFFS

1 | DATED: January 15, 2015         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
   Michael W. Bien

Attorneys for Plaintiffs

7 | DATED: January 15, 2015         KAMALA D. HARRIS
Attorney General of California

By: */s/ Jay C. Russell*
   Jay C. Russell
   Supervising Deputy Attorney General

Attorneys for Defendants

[1502231-1]

**PROPOSED ORDER**

The parties have stipulated that named Plaintiffs Robert Hecker, K04250, Christopher Lee Jenkins, P73828, Ying Watt, P85632, Daniel Hunley, E83298, Michael Lovelace, C23362, Samuel D'Angelo, Jr., V63170, Jon Schooley, T99324, Eddie Thomas, E87750, Peter Taylor, T19666, and Joseph Cox, V07060 are no longer incarcerated in CDCR prisons and should be voluntarily dismissed.

The Court hereby dismisses the claims of plaintiffs Hecker, Jenkins, Watt, Hunley, Lovelace, D'Angelo Jr., Schooley, Thomas, Taylor and Cox without prejudice.

DATED: January 16, 2015

_____
UNITED STATES DISTRICT JUDGE